DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL KEITH MILES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3911

[May 14, 2026]

Appeal of order denying 3.850 motion from the Nineteenth Judicial Circuit, Indian River County; Rebecca Ivy White, Judge; L.T. Case No. 312016CF000116AXXXXX.

Michael Keith Miles, Monticello, pro se.

No appearance required from appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and SHEPHERD, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***